December 11, 2009

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-5579

RECEIVED

JAN 2 0 2010

JOEL ............
U.S. Magistrate Judge

In Regard to the Matter of:

Bayside State Prison
Litigation

LAURENCE ISOM

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

OPINION/REPORT
OF THE
SPECIAL MASTER

\*      \*      \*      \*

FRIDAY, DECEMBER 11, 2009

\*      \*      \*      \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

December 11, 2009

Page 2

1

2

3

4

5           Transcript of proceedings in the above

6   matter taken by Theresa O. Mastroianni, Certified

7   Court Reporter, license number 30X100085700, and

8   Notary Public of the State of New Jersey at the

9   United States District Court House, One Gerry Plaza,

10  Camden, New Jersey, 08102, commencing at 12:25 PM.

11

12

13

14

15

16

17

18

19           MASTROIANNI & FORMAROLI, INC.

20      Certified Court Reporting & Videoconferencing

21              251 South White Horse Pike

22              Audubon, New Jersey 08106

23                   856-546-1100

24

25

December 11, 2009

Page 3

1

2    A P P E A R A N C E S:

3

4

         LOUGHRY & LINDSAY, ESQUIRES
5        BY:  JUSTIN T. LOUGHRY, ESQUIRE
              - and -
6        BY:  LAWRENCE D. LINDSAY
         330 MARKET STREET
7        CAMDEN, NEW JERSEY 08102
         856-968-9201
8        ATTORNEYS FOR THE PLAINTIFFS

9

10

         ROSELLI, GRIEGEL, LOZIER & LAZZARO, PC
11       BY:  MARK ROSELLI, ESQUIRE
              - and -
12       BY:  KENNETH W. LOZIER, ESQUIRE
         1337 STATE HIGHWAY 33
13       HAMILTON SQUARE, NEW JERSEY  08690
         609-586-2257
14       ATTORNEYS FOR THE DEFENDANTS

15

16

17

18

19

20

21

22

23

24

25

December 11, 2009

1              JUDGE BISSELL:  I am reopening

2    proceedings in the action brought by Laurence Isom,

3    docket number 08-5579.

4              This opinion/report is being issued

5    pursuant to the directives of the Order of Reference

6    to a Special Master and the Special Master's

7    Agreement and the guiding principles of law which

8    underlie this decision to be applied to the facts

9    upon which it is based as set forth in the jury

10   instructions in the Walker and Mejias jury charges to

11   the extent applicable to the allegations of Mr.

12   Isom.

13              As finalized after review under Local

14   Civil Rule 52.1, this transcript will constitute the

15   written report required under paragraph seven of the

16   Order of Reference to a Special Master.

17              Mr. Isom was housed in F Unit at

18   Bayside State Prison on July 30th, 1997.  F Unit was

19   the unit to which Officer Baker was assigned.  He was

20   stabbed in the interior of F Unit, staggered out the

21   door, fell outside the unit and eventually succumbed

22   to his injuries.

23              Mr. Isom testified that he was

24   assaulted in various particulars on occasions

25   beginning with the extraction of the occupants of F

December 11, 2009

Page 5

1  Unit to the gymnasium for the search of F Unit.

2             He described that while sitting in the

3  gym, he switched positions at which point the SOG

4  took him to the back of the gym, to the cage area

5  which, as we have come to learn, houses exercise or

6  weight equipment.  And Mr. Isom also testified to

7  that.

8             He then testifies at page 16 of his

9  testimony on November 20th, 2008, to the following

10  beginning at line seven.

11             "Question:  Okay.  And you said they

12  sicced the dogs on you.  Just tell us what happened?

13  What do the dogs do, for example?  What happened with

14  you?

15             "Answer:  Just snapped at my face and

16  scratched my legs with his paws.  They didn't let him

17  get close enough to actually bite me, but close

18  enough that I would move back and then I would get

19  pushed forward every time I tried to get away from

20  the dog.  The dog was --

21             "Question:  I'm sorry?

22             "Answer:  The dog was still coming with

23  his paws, scratching my legs.

24             "Question:  But you did not get bitten?

25             "Answer:  No, I didn't get bit.

December 11, 2009

1          He then adds a curious statement

2     gratuitously in his testimony beginning at page 31

3     going from lines 20 to 25.

4          "The witness:  If I may, Mr. Loughry,

5     and if I may, Judge Bissell, I've come to understand

6     through the Abu Ghraib incident that when a dog is

7     taken by its handler and forced upon you in any sort

8     of way, under the Geneva Convention, it's considered

9     torture."

10          In the first place, I find that his

11     description of the dog's activities upon him at the

12     back of the gym is, to be charitable, inaccurate.

13     There has been testimony throughout these proceedings

14     by the handlers of these dogs and the manner in which

15     they were handled.  They are trained to attack only

16     on command, they are trained in the course of an

17     attack to bite the object of their attack and to

18     latch on and not let go as a means, frankly, of

19     apprehending the person involved or neutralizing him

20     if there is an element of danger posed by that

21     person.  Otherwise, they are kept on leash and

22     restrained.

23          I find that under no circumstances did

24     Mr. Isom testify accurately that the dogs were

25     allowed to scratch his legs while at the back of the

December 11, 2009

1   gym.  They may have been there, the dog may have

2   barked close to him as a means, once again, of

3   intimidation and control of this inmate.  But there

4   was no physical contact with him.

5              And with that reference to Abu Ghraib,

6   it would appear that Mr. Isom exposed his motive for

7   this testimony.  Namely, that with that reminder,

8   this Special Master might conclude that the

9   employment of this dog, whether for intimidation or

10  with the scratching that ensued upon him, was an act

11  of torture and hence the imposition of cruel and

12  unusual punishment which is the gravamen of this

13  case.  I find, however, that the testimony is untrue

14  and that conclusion is only enforced by the

15  motivation demonstrated by Mr. Isom's Abu Ghraib

16  comment.

17             He testified to a second allegation of

18  assault after the events of his extraction, march to

19  the gym, stay in the gym and return, during which

20  there were no other allegations of assault in that

21  time frame.  The question begins at page 16, line 24

22  as follows:

23             "Question:  And now I want to go

24  forward in time another day or two.  Did there come a

25  point when some SOG officer or officers came into

December 11, 2009

Page 8

1   your cell in F Unit and had some interaction with

2   you?

3                   "Answer:  That's correct.

4                   "Question:  What --

5                   "Answer:  I was shackled to my bunk.

6                   "Question:  Now, what happened at that

7   time?  First of all, how many officers or officer

8   came into your cell?  One or two or three, how many?

9                   "Answer:  Three were outside of the

10  cell.  One came in.

11                  "Question:  And this was -- now, do you

12  know what the special operations group was?

13                  "Answer:  Yes, I do.  That is known as

14  SOG.

15                  "Question:  Were they dressed in the

16  same or different ways than the regular Bayside

17  Officers?

18                  "Answer:  They're all dressed

19  differently, they're dressed in black.

20                  "Question:  Were these SOG officers

21  that came to your cell, were they regular Bayside

22  Officers?

23                  "Answer:  No, they were not.

24                  "Question:  Were they SOG officers?

25                  "Answer:  Yes, they were.

December 11, 2009

Page 9

1          "Question:  All right.  One of them
2   came in and what did he do?
3          "Answer:  He told me to sit on my bunk
4   and put shackles on my legs.  He said, you didn't
5   comply.  I said comply with what?  He wouldn't give
6   me an example or tell me what it was.  He just said
7   you didn't comply.  Sit down and shut up.  He put the
8   shackles on.
9          "Question:  Had you been given any kind
10   of order or instructions that you think, as you look
11   back, that you did not obey in some fashion?  Or do
12   you know what he was talking about?
13          "Answer:  Not to my knowledge at all.
14   I don't have any idea to this day what he was talking
15   about.
16          "Question:  Did you receive any kind of
17   a disciplinary charge that day from anyone at
18   Bayside?
19          "Answer:  None at all.
20          "Question:  How long were you shackled
21   to the bed?
22          "Answer:  A number of hours.
23          "Question:  And did you suffer any kind
24   of injury from that?
25          "Answer:  Feet swollen, and they get

December 11, 2009

1   numb sometimes."

2                    That's his testimony on that event.

3                    Like the supposed incident of being

4   scratched by the dog in the gym, Mr. Isom's

5   recounting of these events in his cell also has

6   inherent elements of incredibility.

7                    First, the SOG units were assigned

8   basically for specific duties during the course of

9   the lockdown.  They were involved in the extraction

10  of the inmates en masse from various units in order

11  that those units could be searched.  They

12  occasionally assisted with showers and phone calls

13  when called in to do so and when those opportunities

14  resumed after the beginning of the lockdown.

15                   They occasionally were called for

16  individual extractions, usually to lockup, although

17  that's a duty that they shared even during the

18  lockdown with the Bayside Response Team.  But there

19  is no satisfactory explanation developed here, and

20  the plaintiff does have the burden of proof, as to

21  why a SOG unit would even have been in F Unit at this

22  time and on this occasion, SOGs would have been let

23  into his cell which we know requires a double locking

24  technique, one at the podium and one at the door by a

25  Bayside Officer, and why they would then shackle him

December 11, 2009

1   to his bunk within the confines of a secure cell.

2                    First, I do not find this recounting of

3   the alleged event to have any indicia of credibility

4   or reality at all.

5                    Secondly, if indeed the shackles were

6   placed upon his legs and even if they were tight to

7   the extent of leading to impact on his feet, I do not

8   find that this type of event, while bizarre and

9   unexplained, constitutes either cruel or unusual

10  punishment or the use of excessive force.  At the

11  most, it's an unnecessary imposition of additional

12  security with a deminimis impact.

13                   To summarize this, first, Mr. Isom has

14  not established to the satisfaction of the Special

15  Master that he sustained his burden of proof by a

16  preponderance of the credible evidence that this

17  event occurred at all.

18                   But secondly, even if it did as he

19  described it, it would not constitute an imposition

20  of excessive force and/or punishment.  Rather it is,

21  at most, the modest enhancing of the restraints

22  already in place upon Mr. Isom as a result of him

23  being incarcerated in the secure cell.

24                   Once again, at page 19, line six

25  running through page 20 line 14 Mr. Isom testifies

December 11, 2009

1   with regard to a random arrival, an intrusion by SOG

2   officers on F Unit targeting in this case him and his

3   bunk mate.

4               Beginning at line six on page 19.

5               "Question:  And about how far into the

6   lockdown did that happen, do you know?

7               "Answer:  A few days.

8               "Question:  And what happened, did some

9   officers come in your cell?

10              "Answer:  Yes, they did."

11              And this, by the way, is on a different

12  occasion than the shackling that he had previously

13  described.

14              Back up a little bit.

15              "Question:  And what happened?  Did

16  some officers come in your cell?

17              "Answer:  Yes, they did.

18              "Question:  And where were you when

19  they came into your cell?

20              "Answer:  Under the bunk, where I was

21  ordered to go.

22              "Question:  They ordered you to go

23  under the bed?

24              "Answer:  Initially when he came to the

25  door, they said you, on the bottom bunk.  Get the

1   fuck up under you.  You in the top bunk, get down.

2   Get on your knees, face the window with your hands on

3   your head.  After we complied, the door just slid

4   open and they came in, jabbed me under the bunk, said

5   you took too long.  Slammed my cellie to the side of

6   the wall.  And had me come out, hit me in the head.

7                "Question:  Hit you where?

8                "Answer:  Right in the back of my head,

9   left side.

10               "Question:  What did they hit you with?

11               "Answer:  The baton.

12               "Question:  Was there bleeding or a cut

13   or anything like that?  Did you see any blood?

14               "Answer:  No.  Thank God, no.  Just a

15   lump.  Just a lump and some pain.

16               "Question:  And at the time that that

17   happened, was there one or more than one guard in

18   your cell?

19               "Answer:  More than one.

20               "Question:  Now, were these personnel,

21   were they SOG officers or were they regular Bayside

22   Officers?

23               "Answer:  SOG officers."

24               Once again, a totally unexplained

25   intrusion of SOG officers into a line of cells on F

December 11, 2009

Page 14

1    Unit, completely inconsistent with the duties that

2    SOG was required to perform.

3              Now, I have found in other cases tried

4    before me that there have been occasions when SOGs

5    have come in unannounced essentially for, I believe I

6    may have characterized them from time to time, as

7    recreational assaults on inmates.  But this is not

8    one of those incidents.  I find that the inherent

9    incredibility of Mr. Isom's testimony with regard to

10   the other alleged incidents, which he mentioned and

11   which I've described above, clouds the credibility of

12   his description of this alleged event in his cell as

13   well.

14             Furthermore, if there was an entry into

15   the cell, some of the description about making him on

16   the lower bunk go under his bunk and being prodded by

17   a stick if the officers were not satisfied that he

18   was far enough under his bunk or had moved promptly,

19   is consistent with that type of conduct involving

20   other inmates on occasions when there was a

21   reasonable explanation for SOG even to be in the

22   cells at all.  However, such prodding would not

23   constitute the infliction of excessive force or cruel

24   and unusual punishment as defined in the jury

25   instructions which govern this matter.

1          Maybe mindful of that, Mr. Isom on

2    continuing this part of the story, talks about him

3    being struck in the head, also with a night stick, by

4    the SOG officer upon his exiting from the space

5    underneath his bunk.  I find once again this alleged

6    incident is a fabrication.

7          Mr. Isom testifies finally to a fourth

8    incident involving SOG officers relating to the

9    shower and I do find that it is reasonable to

10   conclude that SOG officers would have been brought in

11   to assist in the taking of showers to which inmates

12   during the lockdown were now being escorted, unlike

13   the circumstances when no lockdown was in place.

14          He describes how he was taken down to

15   the shower, and then the testimony picks up at page

16   21, line 18.

17          "Question:  All right.  So you're

18   dragged down to the shower.  Did you get to go into

19   the shower?

20          "Answer:  Yes, I did.

21          "Question:  And then what happened

22   after that?

23          "Answer:  After taking a shower, I came

24   back out the door, I'm waiting to be escorted back,

25   and he said go ahead.  But when I looked down the

December 11, 2009

Page 16

1    hallway, there is a number of officers down the
2    hallway, so I looked back at him, I figured he's
3    going to walk me down.  He said no, no, no.  Go
4    ahead.  Go ahead.
5              "Question:  They walked you to the
6    shower, but you were not escorted back?
7              "Answer:  No, I wasn't escorted back.
8              "Question:  What happened on the way
9    back?
10             "Answer:  On the way back the officers,
11   each and every one of them, took a swing at me.  Some
12   caught me, some didn't.  Because as they swung at me,
13   I started to run.
14             "Question:  What were they swinging at
15   you with, their fists or clubs?
16             "Answer:  Batons and feet.
17             "Question:  Did anything make an impact
18   on you, did you get struck?
19             "Answer:  Head, back, shoulders and
20   legs.
21             "Question:  Were you able to maintain
22   your footing and keep going?
23             "Answer:  Yes, I was.
24             "Question:  Did you check your body
25   later to see whether you had any bruises?

1          "Answer:  Yes, I did.  Some bruises,

2     some swelling, nothing broken."

3                    Once again, I find this recounting of

4     this story not to be credible.  Whether or not he was

5     escorted directly back to his cell by a SOG officer

6     after completion of the shower, it is inherently

7     incredible that, for an event such as a shower

8     detail, a gauntlet of SOG officers would be set up

9     along the hallway to inflict this type of punishment

10    on Mr. Isom as he made his way back to his cell.

11                   First, this type of conduct would be

12    completely visible by inmates from other cells.  I

13    find, frankly, that the SOG units would not run this

14    risk.

15                   Secondly, the Bayside housing officers

16    certainly have a stake in the orderly running of the

17    units assigned to them and in minimizing incidents

18    that could prove to be provocative.  Bayside Officers

19    had a significant level of control, even though

20    assisted by SOG, with regard to showering.

21    Particularly because it was Bayside Officers who

22    controlled the locking and unlocking of the cells in

23    question.

24                   Finally, given what I have already

25    determined to be the fabrication by Mr. Isom of the

December 11, 2009

Page 18

1    other incidents that allegedly occurred to him, I

2    find for this additional reason that his testimony

3    about being beaten while running a gauntlet of SOG

4    officers back to his cell after taking a shower has

5    not been supported by a preponderance of the credible

6    evidence.

7            Accordingly, in all respects with

8    regard to the incidents about which he has testified,

9    both individually and collectively, Mr. Isom has not

10   maintained that burden of proof and has thus failed

11   to sustain his claims before me.

12           Finally, although not every item of

13   evidence has been discussed in this opinion/report,

14   all evidence presented to the Special Master was

15   reviewed and considered.  For the reasons set forth

16   above, I recommend in this report that the District

17   Court enter an order and judgment of no cause for

18   action with regard to Laurence Isom.

19

20

21

22

23

24

25

December 11, 2009

1                C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19        *Theresa O. Mastroianni*
          Theresa O. Mastroianni, C.S.R.
20        Notary Public, State of New Jersey
          My Commission Expires May 5, 2010
21        Certificate No. XI0857
          Date: December 15, 2009
22

23

24

25

**A**

able 16:21
Abu 6:6 7:5,15
accurate 19:6
accurately 6:24
act 7:10
action 1:2 4:2
 18:18 19:11,14
activities 6:11
additional 11:11
 18:2
adds 6:1
Agreement 4:7
ahead 15:25
 16:4,4
al 1:9
allegation 7:17
allegations 4:11
 7:20
alleged 11:3
 14:10,12 15:5
allegedly 18:1
allowed 6:25
and/or 11:20
Answer 5:15,22
 5:25 8:3,5,9,13
 8:18,23,25 9:3
 9:13,19,22,25
 12:7,10,17,20
 12:24 13:8,11
 13:14,19,23
 15:20,23 16:7
 16:10,16,19,23
 17:1
appear 7:6
applicable 4:11
applied 4:8
apprehending
 6:19
area 5:4
arrival 12:1
assault 7:18,20
assaulted 4:24
assaults 14:7
assigned 4:19

10:7 17:17
assist 15:11
assisted 10:12
 17:20
attack 6:15,17
 6:17
attorney 19:10
 19:12
**ATTORNEYS**
 3:8,14
Audubon 2:22

**B**

back 5:4,18 6:12
 6:25 9:11
 12:14 13:8
 15:24,24 16:2
 16:6,7,9,10,19
 17:5,10 18:4
Baker 4:19
barked 7:2
based 4:9
basically 10:8
baton 13:11
Batons 16:16
Bayside 1:5 4:18
 8:16,21 9:18
 10:18,25 13:21
 17:15,18,21
beaten 18:3
bed 9:21 12:23
beginning 4:25
 5:10 6:2 10:14
 12:4
begins 7:21
believe 14:5
Bissell 1:21 4:1
 6:5
bit 5:25 12:14
bite 5:17 6:17
bitten 5:24
bizarre 11:8
black 8:19
bleeding 13:12
blood 13:13
body 16:24

bottom 12:25
broken 17:2
brought 4:2
 15:10
bruises 16:25
 17:1
bunk 8:5 9:3
 11:1 12:3,20
 12:25 13:1,4
 14:16,16,18
 15:5
burden 10:20
 11:15 18:10

**C**

C 3:2 19:1,1
cage 5:4
called 10:13,15
calls 10:12
Camden 2:10
 3:7
case 7:13 12:2
cases 14:3
caught 16:12
cause 18:17
cell 8:1,8,10,21
 10:5,23 11:1
 11:23 12:9,16
 12:19 13:18
 14:12,15 17:5
 17:10 18:4
cellie 13:5
cells 13:25 14:22
 17:12,22
certainly 17:16
Certificate
 19:21
Certified 2:6,20
 19:4
certify 19:5,9
characterized
 14:6
charge 9:17
charges 4:10
charitable 6:12
check 16:24

circumstances
 6:23 15:13
Civil 1:2 4:14
claims 18:11
close 5:17,17 7:2
clouds 14:11
clubs 16:15
collectively 18:9
come 5:5 6:5
 7:24 12:9,16
 13:6 14:5
coming 5:22
command 6:16
commencing
 2:10
comment 7:16
Commission
 19:20
completely 14:1
 17:12
completion 17:6
complied 13:3
comply 9:5,5,7
conclude 7:8
 15:10
conclusion 7:14
conduct 14:19
 17:11
confines 11:1
considered 6:8
 18:15
consistent 14:19
constitute 4:14
 11:19 14:23
constitutes 11:9
contact 7:4
continuing 15:2
control 7:3
 17:19
controlled 17:22
Convention 6:8
correct 8:3
counsel 19:10,12
course 6:16 10:8
Court 1:1 2:7,9
 2:20 18:17

credibility 11:3
 14:11
credible 11:16
 17:4 18:5
cruel 7:11 11:9
 14:23
curious 6:1
cut 13:12
C.S.R 19:19

**D**

D 3:6
danger 6:20
date 19:8,21
day 7:24 9:14,17
days 12:7
December 1:15
 19:21
decision 4:8
Defendants 1:10
 3:14
defined 14:24
deminimis 11:12
demonstrated
 7:15
described 5:2
 11:19 12:13
 14:11
describes 15:14
description 6:11
 14:12,15
detail 17:8
determined
 17:25
developed 10:19
different 8:16
 12:11
differently 8:19
directives 4:5
directly 17:5
disciplinary
 9:17
discussed 18:13
District 1:1,2 2:9
 18:16
docket 4:3

**dog** 5:20,20,22
  6:6 7:1,9 10:4
**dogs** 5:12,13
  6:14,24
**dog's** 6:11
**door** 4:21 10:24
  12:25 13:3
  15:24
**double** 10:23
**dragged** 15:18
**dressed** 8:15,18
  8:19
**duties** 10:8 14:1
**duty** 10:17

**E**

**E** 3:2,2 19:1,1
**either** 11:9
**element** 6:20
**elements** 10:6
**employee** 19:10
  19:12
**employment** 7:9
**en** 10:10
**enforced** 7:14
**enhancing** 11:21
**ensued** 7:10
**enter** 18:17
**entry** 14:14
**equipment** 5:6
**escorted** 15:12
  15:24 16:6,7
  17:5
**ESQUIRE** 3:5
  3:11,12
**ESQUIRES** 3:4
**essentially** 14:5
**established**
  11:14
**et** 1:9
**event** 10:2 11:3
  11:8,17 14:12
  17:7
**events** 7:18 10:5
**eventually** 4:21
**evidence** 11:16

18:6,13,14
**example** 5:13
  9:6
**excessive** 11:10
  11:20 14:23
**exercise** 5:5
**exiting** 15:4
**Expires** 19:20
**explanation**
  10:19 14:21
**exposed** 7:6
**extent** 4:11 11:7
**extraction** 4:25
  7:18 10:9
**extractions**
  10:16

**F**

**F** 4:17,18,20,25
  5:1 8:1 10:21
  12:2 13:25
  19:1
**fabrication** 15:6
  17:25
**face** 5:15 13:2
**facts** 4:8
**failed** 18:10
**far** 12:5 14:18
**fashion** 9:11
**FAUVER** 1:9
**feet** 9:25 11:7
  16:16
**fell** 4:21
**figured** 16:2
**finalized** 4:13
**finally** 15:7
  17:24 18:12
**financially**
  19:13
**find** 6:10,23
  7:13 11:2,8
  14:8 15:5,9
  17:3,13 18:2
**first** 6:10 8:7
  10:7 11:2,13
  17:11

**fists** 16:15
**following** 5:9
**follows** 7:22
**footing** 16:22
**force** 11:10,20
  14:23
**forced** 6:7
**foregoing** 19:5
**FORMAROLI**
  2:19
**forth** 4:9 18:15
  19:8
**forward** 5:19
  7:24
**found** 14:3
**fourth** 15:7
**frame** 7:21
**frankly** 6:18
  17:13
**FRIDAY** 1:15
**fuck** 13:1
**FURTHER** 19:9
**Furthermore**
  14:14

**G**

**gauntlet** 17:8
  18:3
**Geneva** 6:8
**Gerry** 2:9
**Ghraib** 6:6 7:5
  7:15
**give** 9:5
**given** 9:9 17:24
**go** 6:18 7:23
  12:21,22 14:16
  15:18,25 16:3
  16:4
**God** 13:14
**going** 6:3 16:3
  16:22
**govern** 14:25
**gratuitously** 6:2
**gravamen** 7:12
**GRIEGEL** 3:10
**group** 8:12

**guard** 13:17
**guiding** 4:7
**gym** 5:3,4 6:12
  7:1,19,19 10:4
**gymnasium** 5:1

**H**

**H** 1:9
**hallway** 16:1,2
  17:9
**HAMILTON**
  3:13
**handled** 6:15
**handler** 6:7
**handlers** 6:14
**hands** 13:2
**happen** 12:6
**happened** 5:12
  5:13 8:6 12:8
  12:15 13:17
  15:21 16:8
**head** 13:3,6,8
  15:3 16:19
**hereinbefore**
  19:8
**HIGHWAY**
  3:12
**hit** 13:6,7,10
**HONORABLE**
  1:21
**Horse** 2:21
**hours** 9:22
**House** 2:9
**housed** 4:17
**houses** 5:5
**housing** 17:15

**I**

**idea** 9:14
**impact** 11:7,12
  16:17
**imposition** 7:11
  11:11,19
**inaccurate** 6:12
**incarcerated**
  11:23

**incident** 6:6 10:3
  15:6,8
**incidents** 14:8
  14:10 17:17
  18:1,8
**inconsistent**
  14:1
**incredibility**
  10:6 14:9
**incredible** 17:7
**indicia** 11:3
**individual** 10:16
**individually**
  18:9
**inflict** 17:9
**infliction** 14:23
**inherent** 10:6
  14:8
**inherently** 17:6
**Initially** 12:24
**injuries** 4:22
**injury** 9:24
**inmate** 7:3
**inmates** 10:10
  14:7,20 15:11
  17:12
**instructions**
  4:10 9:10
  14:25
**interaction** 8:1
**interested** 19:13
**interior** 4:20
**intimidation** 7:3
  7:9
**intrusion** 12:1
  13:25
**involved** 6:19
  10:9
**involving** 14:19
  15:8
**Isom** 1:7 4:2,12
  4:17,23 5:6
  6:24 7:6 11:13
  11:22,25 15:1
  15:7 17:10,25
  18:9,18

**Isom's** 7:15 10:4
  14:9
**issued** 4:4
**item** 18:12

**J**

**jabbed** 13:4
**Jersey** 1:2 2:8,10
  2:22 3:7,13
  19:5,20
**JOHN** 1:21
**Judge** 4:1 6:5
**judgment** 18:17
**July** 4:18
**jury** 4:9,10
  14:24
**JUSTIN** 3:5

**K**

**keep** 16:22
**KENNETH** 3:12
**kept** 6:21
**kind** 9:9,16,23
**knees** 13:2
**know** 8:12 9:12
  10:23 12:6
**knowledge** 9:13
**known** 8:13

**L**

**latch** 6:18
**Laurence** 1:7
  4:2 18:18
**law** 4:7
**LAWRENCE**
  3:6
**LAZZARO** 3:10
**leading** 11:7
**learn** 5:5
**leash** 6:21
**left** 13:9
**legs** 5:16,23 6:25
  9:4 11:6 16:20
**level** 17:19
**license** 2:7
**LINDSAY** 3:4,6

**line** 5:10 7:21
  11:24,25 12:4
  13:25 15:16
**lines** 6:3
**Litigation** 1:6
**little** 12:14
**Local** 4:13
**lockdown** 10:9
  10:14,18 12:6
  15:12,13
**locking** 10:23
  17:22
**lockup** 10:16
**long** 9:20 13:5
**look** 9:10
**looked** 15:25
  16:2
**Loughry** 3:4,5
  6:4
**lower** 14:16
**LOZIER** 3:10
  3:12
**lump** 13:15,15

**M**

**maintain** 16:21
**maintained**
  18:10
**making** 14:15
**manner** 6:14
**march** 7:18
**MARK** 3:11
**MARKET** 3:6
**masse** 10:10
**Master** 1:6,21
  4:6,16 7:8
  11:15 18:14
**Master's** 4:6
**Mastroianni** 2:6
  2:19 19:3,19
**mate** 12:3
**matter** 1:4 2:6
  14:25
**means** 6:18 7:2
**Mejias** 4:10
**mentioned** 14:10

**mindful** 15:1
**minimizing**
  17:17
**modest** 11:21
**motivation** 7:15
**motive** 7:6
**move** 5:18
**moved** 14:18

**N**

**N** 3:2
**neither** 19:9,11
**neutralizing**
  6:19
**New** 1:2 2:8,10
  2:22 3:7,13
  19:4,20
**night** 15:3
**Notary** 2:8 19:3
  19:20
**November** 5:9
**numb** 10:1
**number** 2:7 4:3
  9:22 16:1

**O**

**O** 2:6 19:3,19
**obey** 9:11
**object** 6:17
**occasion** 10:22
  12:12
**occasionally**
  10:12,15
**occasions** 4:24
  14:4,20
**occupants** 4:25
**occurred** 11:17
  18:1
**officer** 4:19 7:25
  8:7 10:25 15:4
  17:5
**officers** 7:25 8:7
  8:17,20,22,24
  12:2,9,16
  13:21,22,23,25
  14:17 15:8,10

16:1,10 17:8
  17:15,18,21
  18:4
**Okay** 5:11
**once** 7:2 11:24
  13:24 15:5
  17:3
**open** 13:4
**operations** 8:12
**opinion/report**
  1:5 4:4 18:13
**opportunities**
  10:13
**order** 4:5,16
  9:10 10:10
  18:17
**ordered** 12:21
  12:22
**orderly** 17:16
**outside** 4:21 8:9

**P**

**P** 3:2,2
**page** 5:8 6:2
  7:21 11:24,25
  12:4 15:15
**pain** 13:15
**paragraph** 4:15
**part** 15:2
**Particularly**
  17:21
**particulars** 4:24
**parties** 19:11
**paws** 5:16,23
**PC** 3:10
**perform** 14:2
**person** 6:19,21
**personnel** 13:20
**phone** 10:12
**physical** 7:4
**picks** 15:15
**Pike** 2:21
**place** 6:10 11:22
  15:13 19:8
**placed** 11:6
**plaintiff** 10:20

**PLAINTIFFS**
  3:8
**Plaza** 2:9
**PM** 2:10
**podium** 10:24
**point** 5:3 7:25
**posed** 6:20
**positions** 5:3
**preponderance**
  11:16 18:5
**presented** 18:14
**previously** 12:12
**principles** 4:7
**Prison** 1:5 4:18
**proceedings** 2:5
  4:2 6:13
**prodded** 14:16
**prodding** 14:22
**promptly** 14:18
**proof** 10:20
  11:15 18:10
**prove** 17:18
**provocative**
  17:18
**Public** 2:8 19:3
  19:20
**punishment**
  7:12 11:10,20
  14:24 17:9
**pursuant** 4:5
**pushed** 5:19
**put** 9:4,7

**Q**

**question** 5:11,21
  5:24 7:21,23
  8:4,6,11,15,20
  8:24 9:1,9,16
  9:20,23 12:5,8
  12:15,18,22
  13:7,10,12,16
  13:20 15:17,21
  16:5,8,14,17
  16:21,24 17:23

**R**

**R** 3:2 19:1
**random** 12:1
**reality** 11:4
**reason** 18:2
**reasonable** 14:21 15:9
**reasons** 18:15
**receive** 9:16
**recommend** 18:16
**recounting** 10:5 11:2 17:3
**recreational** 14:7
**reference** 4:5,16 7:5
**regard** 1:4 12:1 14:9 17:20 18:8,18
**regular** 8:16,21 13:21
**relating** 15:8
**relative** 19:10,12
**reminder** 7:7
**reopening** 4:1
**report** 4:15 18:16
**Reporter** 2:7 19:4
**Reporting** 2:20
**required** 4:15 14:2
**requires** 10:23
**respects** 18:7
**Response** 10:18
**restrained** 6:22
**restraints** 11:21
**result** 11:22
**resumed** 10:14
**return** 7:19
**review** 4:13
**reviewed** 18:15
**right** 9:1 13:8 15:17
**risk** 17:14
**ROSELLI** 3:10

3:11
**Rule** 4:14
**run** 16:13 17:13
**running** 11:25 17:16 18:3

**S**

**S** 3:2
**satisfaction** 11:14
**satisfactory** 10:19
**satisfied** 14:17
**scratch** 6:25
**scratched** 5:16 10:4
**scratching** 5:23 7:10
**search** 5:1
**searched** 10:11
**second** 7:17
**secondly** 11:5,18 17:15
**secure** 11:1,23
**security** 11:12
**see** 13:13 16:25
**set** 4:9 17:8 18:15 19:8
**seven** 4:15 5:10
**shackle** 10:25
**shackled** 8:5 9:20
**shackles** 9:4,8 11:5
**shackling** 12:12
**shared** 10:17
**Shorthand** 19:4
**shoulders** 16:19
**shower** 15:9,15 15:18,19,23 16:6 17:6,7 18:4
**showering** 17:20
**showers** 10:12 15:11
**shut** 9:7

**sicced** 5:12
**side** 13:5,9
**significant** 17:19
**sit** 9:3,7
**sitting** 5:2
**six** 11:24 12:4
**Slammed** 13:5
**slid** 13:3
**snapped** 5:15
**SOG** 5:3 7:25 8:14,20,24 10:7,21 12:1 13:21,23,25 14:2,21 15:4,8 15:10 17:5,8 17:13,20 18:3
**SOGs** 10:22 14:4
**sorry** 5:21
**sort** 6:7
**South** 2:21
**space** 15:4
**special** 1:6,21 4:6,6,16 7:8 8:12 11:14 18:14
**specific** 10:8
**SQUARE** 3:13
**stabbed** 4:20
**staggered** 4:20
**stake** 17:16
**started** 16:13
**State** 1:5 2:8 3:12 4:18 19:4 19:20
**statement** 6:1
**States** 1:1 2:9
**stay** 7:19
**stenographica...** 19:7
**stick** 14:17 15:3
**story** 15:2 17:4
**STREET** 3:6
**struck** 15:3 16:18
**succumbed** 4:21

**suffer** 9:23
**summarize** 11:13
**supported** 18:5
**supposed** 10:3
**sustain** 18:11
**sustained** 11:15
**swelling** 17:2
**swing** 16:11
**swinging** 16:14
**switched** 5:3
**swollen** 9:25
**swung** 16:12

**T**

**T** 3:5 19:1,1
**taken** 2:6 6:7 15:14 19:7
**talking** 9:12,14
**talks** 15:2
**targeting** 12:2
**Team** 10:18
**technique** 10:24
**tell** 5:12 9:6
**testified** 4:23 5:6 7:17 18:8
**testifies** 5:8 11:25 15:7
**testify** 6:24
**testimony** 5:9 6:2,13 7:7,13 10:2 14:9 15:15 18:2 19:6
**Thank** 13:14
**Theresa** 2:6 19:3 19:19
**think** 9:10
**three** 8:8,9
**tight** 11:6
**time** 5:19 7:21 7:24 8:7 10:22 13:16 14:6,6 19:7
**told** 9:3
**top** 13:1

**torture** 6:9 7:11
**totally** 13:24
**trained** 6:15,16
**transcript** 2:5 4:14 19:6
**tried** 5:19 14:3
**true** 19:6
**two** 7:24 8:8
**type** 11:8 14:19 17:9,11

**U**

**unannounced** 14:5
**underlie** 4:8
**underneath** 15:5
**understand** 6:5
**unexplained** 11:9 13:24
**unit** 4:17,18,19 4:20,21 5:1,1 8:1 10:21,21 12:2 14:1
**United** 1:1 2:9
**units** 10:7,10,11 17:13,17
**unlocking** 17:22
**unnecessary** 11:11
**untrue** 7:13
**unusual** 7:12 11:9 14:24
**use** 11:10
**usually** 10:16

**V**

**various** 4:24 10:10
**Videoconfere...** 2:20
**visible** 17:12
**vs** 1:8

**W**

**W** 1:21 3:12
**waiting** 15:24

walk 16:3
walked 16:5
Walker 4:10
wall 13:6
want 7:23
wasn't 16:7
way 6:8 12:11
  16:8,10 17:10
ways 8:16
weight 5:6
White 2:21
WILLIAM 1:9
window 13:2
witness 6:4
wouldn't 9:5
written 4:15

**X**

XIO857 19:21

**0**

08-5579 1:2 4:3
08102 2:10 3:7
08106 2:22
08690 3:13

**1**

11 1:15
12:25 2:10
1337 3:12
14 11:25
15 19:21
16 5:8 7:21
18 15:16
19 11:24 12:4
1997 4:18

**2**

20 6:3 11:25
20th 5:9
2008 5:9
2009 1:15 19:21
2010 19:20
21 15:16
24 7:21
25 6:3

251 2:21

**3**

30th 4:18
30X100085700
  2:7
31 6:2
33 3:12
330 3:6

**5**

5 19:20
52.1 4:14

**6**

609-586-2257
  3:13

**8**

856-546-1100
  2:23
856-968-9201
  3:7