UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

LAWRENCE ISOM

        Plaintiff(s)  :  **JUDGMENT**

  (vs)

BAYSIDE STATE PRISON, ET AL.  :  Civil #08-05579 (RBK)

        Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on December 11, 2009, and no timely objection having been filed,

IT IS, on this 11th day of March, 2010

ORDERED that the report of Hon. John W. Bissell dated December 11, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Lawrence Isom**.

HON. ROBERT B. KUGLER, U.S.D.J.